UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Emeterio Garcia Santana,

                Plaintiff,

      -against-

Rego Furniture Inc., et al.,

                Defendants.
------------------------------------------------------------X

18 CIVIL 2799 (AJN)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 16, 2020, the settlement is approved in the amount of $30,000. Plaintiffs' counsel is to receive $6,055.20 of the settlement amount, with $5,020 allocated to attorneys' fees and $1,035.20 to costs, and the balance to go to Plaintiff; accordingly, this case is closed.

**Dated:** New York, New York

       August 17, 2020

                                                                 **RUBY J. KRAJICK**

                                                                 **Clerk of Court**

                          **BY:**

                                                                 **Deputy Clerk**