UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Santana,<br><br>               Plaintiff,<br><br>    –v–<br><br>Rego Furniture Inc., *et al*.,<br><br>              Defendants. | 18-cv-2799 (AJN)<br><br>ORDER |

ALISON J. NATHAN, District Judge:

    On November 25, 2020, the Court reopened the case. The parties are hereby ordered to submit a new proposed Case Management Plan, in accordance with the instructions in Dkt. No. 16, no later than **January 8, 2021.**

    SO ORDERED.

Dated: December 15, 2020
       New York, New York

                                            _____
                                            ALISON J. NATHAN
                                            United States District Judge