```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/25/2021

Garcia Santana,

                Plaintiff,

        –v–

Rego Furniture, Inc., *et al.*,

                Defendants.

18-cv-02799 (AJN)

OPINION & ORDER

ALISON J. NATHAN, District Judge:

    Per the Court's January 12, 2021 Order, Dkt. No. 69, the parties' proposed Case Management Plan was due on January 15, 2021. The parties still have not proposed a new case management plan. The parties are instructed to submit a proposed case management plan by February 1, 2021. If Plaintiff is unable to contact Defendants, Plaintiff may submit a proposed case management individually.

    SO ORDERED.

Dated: January 25, 2021
       New York, New York

                                      ALISON J. NATHAN
                                  United States District Judge