```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/27/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Garcia Santana, *et al.*,

        Plaintiffs,

–v–

Rego Furniture, Inc., *et al.*,

        Defendant.

18-cv-02799 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

    The Court has received Plaintiff's January 25, 2021 letter. Dkt. No. 70. Defendants have until March 1, 2021 to respond. Defendants are warned that failure to timely respond could result in sanctions, including judgement being entered in favor of Plaintiff.

    SO ORDERED.

Dated: January 27, 2021
      New York, New York

                                      ALISON J. NATHAN
                                    United States District Judge