UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Garcia Santana, *et al*,

                Plaintiffs,

    –v–

Rego Furniture, Inc., *et al*,

                Defendants.

18-cv-2799 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Plaintiff filed a motion to strike Defendant's answer on January 25, 2021. Dkt. No. 70. That motion is administratively denied in light of the Court's January 27, 2021 Order, Dkt. No. 72, and the Defendants' February 15, 2021 Letter, Dkt. No. 73. This resolves Dkt. No. 70.

    SO ORDERED.

Dated: September 8, 2021
       New York, New York

                                  ALISON J. NATHAN
                            United States District Judge