```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/4/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Santana et al., <br><br> Plaintiffs, <br><br> –v– <br><br> Rego Furniture, Inc. et al., <br><br> Defendants. | 18-cv-2799 (AJN) <br><br> ORDER |

ALISON J. NATHAN, District Judge:

    The Court is in receipt of Plaintiffs' letter motion for leave to file an amended complaint, Dkt. No. 90, and Defendants' opposition to the motion, Dkt. No. 91. The Court orders Plaintiffs to file a response by November 10, 2021.

SO ORDERED.

Dated: November 4, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge