# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165

Telephone:  
Facsimile: (212) 317-1620

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 12/15/2021

December 14, 2021

**VIA ECF**

Hon. Alison J. Nathan  
United States Courthouse  
40 Foley Square  
New York, NY 10007

  **Re:**  Garcia Santana et al v. Rego Furniture Inc. et al  
    **Case No. 18-cv-02799-AJN**

Dear Judge Nathan:

  This firm represents Plaintiff Emeterio Garcia Santana ("Plaintiff") in the above-referenced matter (the "Action"). I write with the consent of Defendants to ask the Court to adjourn the conference scheduled for December 16, 2021.

This is the first request for an adjournment for a case management conference in this case. The Defense consents in this case. January 11, 2022, January 13, and January 14 will be ideal dates for both parties to have this conference.

  We thank the Court for its time and attention to this matter.

              Respectfully Submitted,

              */s/ Khalil Huey*  
              Khalil Huey, Esq.

The conference is adjourned to January 14, 2022 at 3:45 P.M.

SO ORDERED. 12/15/2021  
ALISON J. NATHAN, U.S.D.J.

*Certified as a minority-owned business in the State of New York*