```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Garcia Santana et al.,

                Plaintiff,

      –v–

Rego Furniture Inc. et al.,

                Defendant.

18-cv-2799 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    A post-discovery status conference is scheduled in this case for January 21, 2022 at 3:45 p.m. By January 20, 2022 at 6 pm, the parties shall meet and confer and submit a joint letter to the Court. The joint letter shall:

1) Include a statement confirming that all fact discovery has been completed (the parties should not assume that the Court will grant any extensions);

2) Include a statement regarding the status of any settlement discussions and whether the parties would like a referral to the Magistrate Judge or the Court-annexed Mediation Program for settlement discussions;

3) Include a statement regarding whether any party intends to move for summary judgment on or before the deadline specified in the CMP;

4) If no party intends to move for summary judgment, propose (a) a deadline for the submission of a joint final pre-trial order pursuant to Rule 5.A of the undersigned's Individual Practices in Civil Cases, and (b) potential trial dates; and

5) **Indicate whether they can do without a conference altogether.**

SO ORDERED.

Dated: January 19, 2022
New York, New York

_____
ALISON J. NATHAN
United States District Judge