**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

EMETERIO GARCIA SANTANA and JOSE GUZMAN, *individually and on behalf of all others similarly situated*,

     Plaintiffs,

-against-

REGO FURNITURE INC., d/b/a EASY SHOPPING, FORTUNE DISTRIBUTOR OF THIRD AVENUE INC., d/b/a EASY SHOPPING, Z&G DISTRIBUTORS, INC., d/b/a EASY SHOPPING, SAMI ZEITOUNE, ELI YAHU GREGO, SAMI ZEE, and FORTUNE DIST. CORP., d/b/a EASY SHOPPING,

     Defendants.

18-cv-2799 (JW)

**ORDER OF DISMISSAL**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

  In this action under the Fair Labor Standards Act and the New York Labor Law, which is before this Court on the consent of the parties pursuant to 28 U.S.C. § 636(c), the parties, having reached an agreement in principle to resolve the action, have placed their proposed settlement agreement before this Court for approval. See Cheeks v. Freeport Pancake House, Inc., 796 F.3d 1999 (2d Cir. 2015) (requiring judicial fairness review of FLSA settlements). The parties have also submitted a letter detailing why they believe the proposed settlement agreement is fair, reasonable, and adequate. Dkt. No. 143. This Court has reviewed the parties' submissions in order to determine whether the proposed agreement represents a reasonable compromise of the claims asserted in this action, and, in light of the totality of the relevant circumstances, including the representations made in the

parties' letter and the terms of the proposed settlement agreement, it is hereby ORDERED that:

1. The Court finds that the terms of the proposed settlement agreement are fair, reasonable, and adequate, both to redress Plaintiff's claims in this action and to compensate Plaintiff's counsel for their legal fees, and the agreement is therefore approved.

2. In accordance with the proposed settlement agreement, the Southern District of New York will retain jurisdiction over this matter for the purpose of enforcing the settlement agreement, if necessary.

3. As a result of the Court's approval of the parties' proposed settlement, this action is hereby discontinued with prejudice and without costs, provided, however, that, within 30 days of the date of this Order, if any aspect of written documentation of the settlement is not completed, then Plaintiff may apply by letter for the restoration of the action to the active calendar of the Court.

4. The Clerk of Court is respectfully requested to close this case on the Docket of the Court.

SO ORDERED.

Dated: New York, New York
       October 25, 2022

_____
JENNIFER E. WILLIS
United States Magistrate Judge